Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Gerald Jones )
Plaintiff )
    vs. ) Case Number: 1:18-cv-1384
)
Emilly Ruskin, Teri Kennedy, Glendal French, )
Susan Prentice )
Defendants )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this case is dismissed without prejudice.

Dated: 4/24/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court